DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH PAUL CORREIA, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-430

[May 11, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael J. McNicholas, Judge; L.T. Case No. 432018CF000976A.

Jason M. Wandner, Miami, for appellant.

Ashley Moody, Attorney General, Tallahassee, and MaryEllen M. Farrell, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***